IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARITA BROWN,** | Civil No. 1:21-cv-0249 |
| Plaintiff, | |
| | (Judge Sylvia H. Rambo) |
| v. | |
| **KEYSTONE HUMAN SERVICES,** *et al.*, | |
| Defendants. | |

# O R D E R

Before the court is Magistrate Judge Arbuckle's Report and Recommendation (Doc. 18) which recommends, upon a second careful screening of the complaint after Plaintiff failed to file an amended complaint despite receiving generous extensions of time to do so, that the court dismiss the complaint and close this case. Plaintiff filed objections (Doc. 19) to the report and recommendation; however, those objections simply restate allegations and arguments previously asserted in her complaint and thus are not entitled to *de novo* review. Magistrate Judge Arbuckle's report and recommendation is thorough and well-reasoned, and the court is satisfied that it contains no error. Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The Report and Recommendation (Doc. 18) is **ADOPTED**;

2) The complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3) The Clerk of Court is **DIRECTED** to close this case; and

4) Any appeal taken from this order is deemed frivolous and not in good faith.

                                                                    <u>s/Sylvia H. Rambo</u>
                                                                    Sylvia H. Rambo
                                                                    United States District Judge

Dated: July 25, 2022